# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **Leslie D. Slaughter,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-3252-CV-S-JTM |
| | ) |
| **Michael D. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Thursday, January 5, 2012, the Court heard oral argument on the *Brief in Support of Claimant's Claim*, filed July 1, 2011 [Doc. 16] and the *Brief For Defendant*, filed September 14, 2011 [Doc. 19]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the January 5, 2012 argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                        */s/ John T. Maughmer*
                                      **JOHN T. MAUGHMER**
                                      **U. S. MAGISTRATE JUDGE**